IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN MICHEAL WATKINS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. CIV-14-079-F |
| REESE LANE, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

    Before the court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. no. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is **ADOPTED** in its entirety and this case is **DISMISSED** without prejudice to refiling.

    DATED April 29, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0079p001.wpd